

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/2022

March 3, 2022

The Honorable Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Tavarez-Vargas v. Pattern Brands, Inc.*; 1:21-cv-09870-AJN-BCM

Dear Judge Moses:

We represent plaintiff Carmen Tavarez-Vargas ("Plaintiff") in the above-referenced action. We submit this letter requesting an adjournment of the initial conference set for March 10, 2022, at 10:00 a.m. Plaintiff's counsel will be out of the office and will not be able to participate in the conference that day. This is Plaintiff's first request to adjourn and Defendant consents to this request.

Thank you for your consideration in this matter.

Respectfully submitted,

*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

---

Application **GRANTED** to the extent that the initial case management conference scheduled for March 10, 2022 is hereby **ADJOURNED** sine die. Because plaintiff's counsel failed to comply with Moses Ind. Prac. § 2(a) (no proposed dates were provided for the adjourned conference) and failed to respond with such dates when contacted by chambers staff, the Court has been unable to identify a date on which all parties are available. It is hereby ORDERED that plaintiff shall meet and confer with defendant and then submit a letter to the Court, no later than **March 16, 2022**, proposing **three** dates on which all parties are available between 9:00 a.m. and noon for the initial conference. If no dates are provided, the Court will select a date for its own convenience, which it will not further adjourn. Plaintiff's counsel is reminded that all requests for extensions and adjournments must be made in compliance with the Federal Rules of Civil Procedure, the Local Civil Rules of this District, and Judge Moses's Individual Practices. **SO ORDERED**.

_____
Barbara Moses
United States Magistrate Judge
March 7, 2022