```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMEN TAVAREZ-VARGAS,
Individually, and On Behalf of All Others Similarly Situation,

         Plaintiff,

-against-

PATTERN BRANDS, INC.,

         Defendant.

21-CV-09870 (AJN) (BCM)

**ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

The initial case management conference previously scheduled for March 10, 2022 having been adjourned *sine die* at plaintiff's request (Dkt. No. 15); and

The Court having directed plaintiff to submit a letter, no later than March 16, 2022, proposing new dates for the conference (*id.*); and

Plaintiff having failed to do so;

It is hereby ORDERED that the initial case management conference shall be held on **April 14, 2022, at 12:00 noon**, in Courtroom 20A, 500 Pearl Street, New York, New York. At the conference, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c). The parties' Pre-Conference Statement (*see* Dkt. No. 13 ¶¶ 1-11), signed by counsel for all parties, shall be filed no later than **April 7, 2022**.

Dated: New York, New York
       March 17, 2022

                                      **SO ORDERED.**

                                      _____
                                      **BARBARA MOSES
                                      United States Magistrate Judge**