```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
 :
CARMEN TAVAREZ-VARGAS, *Individually, and* :
*On Behalf of All Others Similarly Situated*, :
 :
          Plaintiff, :    1:21-cv-9870-GHW
 :
 :      ORDER
     -v - :
 :
PATTERN BRANDS, INC., :
 :
          Defendant. :
 :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

  This case has been reassigned to Judge Gregory H. Woods. Counsel are directed to review and comply with the Court's Individual Rules of Practice in Civil Cases (available at the Court's website, https://nysd.uscourts.gov/hon-gregory-h-woods).

  SO ORDERED.

Dated: April 11, 2022
   New York, New York

                   _____
                     GREGORY H. WOODS
                   United States District Judge